B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Louisiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pelican Rehabilitation Hospital, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**90-0926296** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4201 Woodland Drive**<br>**3rd Floor**<br>**New Orleans, LA**<br>ZIP Code **70131** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orleans** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Pelican Rehabilitation Hospital, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                         Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Pelican Rehabilitation Hospital, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _/s/ Millard West_____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** X _/s/ Derek Russ_____ Signature of Attorney for Debtor(s) **Derek Terrell Russ 29667** Printed Name of Attorney for Debtor(s) **Bankruptcy Center of Louisiana** Firm Name **938 Lafayette Street Suite 507 New Orleans, LA 70113** Address Email: derekruss@russlawfirm.net **504-522-1717  Fax: 504-522-1715** Telephone Number **February 9, 2015** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _/s/ Millard West_____ Signature of Authorized Individual **Millard West** Printed Name of Authorized Individual **Member** Title of Authorized Individual **February 9, 2015** Date | |

# Resolution of Board of Directors
## of
## Pelican Rehabilitation Hospital, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Millard West, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Millard West, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Millard West, Managing Member** of this Corporation is authorized and directed to employ **Derek Terrell Russ**, attorney and **Bankruptcy Center of Louisiana** to represent the corporation in such bankruptcy case.

Signatures of Majority Directors

Date February 9, 2015    Signed _____
                                 Millard West

Date February 9, 2015    Signed _____
                                 Irvin Steven

Signatures of Majority Equity Security Holders

Date February 9, 2015    Signed _____
                                 Millard West

Date February 9, 2015    Signed _____
                                 Irvin Steven

Executed this 9th day of February, 2015.

Signature: _____
By: Millard West
Title: Managing Member

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Millard West**, declare under penalty of perjury that I am the **Managing Member** of **Pelican Rehabilitation Hospital, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **9th** day of **Feb.**, 20**15**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Millard West, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Millard West, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Millard West, Managing Member** of this Corporation is authorized and directed to employ **Derek Terrell Russ**, attorney and **Bankruptcy Center of Louisiana** to represent the corporation in such bankruptcy case."

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC[1]

Case No.:
Section:
Chapter: 11

Debtor(s)

## LIST OF CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.[2] The list is prepared in accordance with Federal Rules of Bankruptcy Procedure 1007(d) for filing in this chapter 11 case. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims; or (iii) claims held by the debtor's employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the forgoing, the debtor reserves its rights to dispute or challenge any claim on this list for any reason. The information set forth on this schedule shall not constitute an admission of liability by, nor is binding on, the debtor, and the failure to list a claim as contingent, disputed or subject to setoff shall not be a waiver of any of the debtor's rights relating thereto.

[The remainder of this page is intentionally blank.]

---

[1] The debtor's last four digits of its tax identification number is (6296)
[2] This list reflects outstanding obligations using the most current information available as of February 9, 2015. The debtor reserves the right to amend this list based on information existing as of the commencement date of the debtor's chapter 11 case.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Acadian Ambulance<br>POB 98000<br>Lafayette, LA 70509-8000 | Acadian Ambulance<br>POB 98000<br>Lafayette, LA 70509-8000 | Health Care Services | | 10,000.00 |
| Allied Resource Group<br>1515 Poydras Street<br>New Orleans, LA 70112 | Allied Resource Group<br>1515 Poydras Street<br>New Orleans, LA 70112 | Health Care Services | | Unknown |
| Capital One Bank<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Capital One Bank<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Line of Credit | | 51,000.00 |
| Chase Credit Card<br>POB 15123<br>Wilmington, DE 19850-5123 | Chase Credit Card<br>POB 15123<br>Wilmington, DE 19850-5123 | Credit Card Purchases | | 24,000.00 |
| Gifted Nurses, LLC<br>2748 Metairie Lawn Drive<br>Metairie, LA 70002 | Gifted Nurses, LLC<br>2748 Metairie Lawn Drive<br>Metairie, LA 70002 | Health Care Services<br>Nurse Staffing | | 9,983.00 |
| Gulfcoast Pharmaceutical<br>1039 Louisiana 30<br>Gonzales, LA 70737 | Gulfcoast Pharmaceutical<br>1039 Louisiana 30<br>Gonzales, LA 70737 | Health Care Services/Supplies<br>Patient Medication | | 27,200.00 |
| Help Care Services<br>1034 Daniels Street<br>Baker, LA 70714 | Help Care Services<br>1034 Daniels Street<br>Baker, LA 70714 | Operating Loan | | 40,000.00 |
| Hermes Health Alliance<br>74421 Military Road<br>Covington, LA 70435-6179 | Hermes Health Alliance<br>74421 Military Road<br>Covington, LA 70435-6179 | Lease Payments | | 385,000.00<br><br>(Unknown secured) |
| Hosea Ned<br>2709 Debouchel Blvd<br>Meraux, LA 70075 | Hosea Ned<br>2709 Debouchel Blvd<br>Meraux, LA 70075 | Operating Loan | | 15,000.00 |
| Medline<br>One Medline Place<br>Mundelein, IL 60060 | Medline<br>One Medline Place<br>Mundelein, IL 60060 | Health Care Services<br>Equipment<br>Hospital Beds | | 22,000.00 |
| Parallon<br>6640 Carothers Parkway<br>Franklin, TN 37067 | Parallon<br>6640 Carothers Parkway<br>Franklin, TN 37067 | Health Care Services<br>Nurse Staffing | | 80,000.00 |
| Perez, APC<br>317 Burgundy Street<br>Suite 11<br>New Orleans, LA 70112 | Perez, APC<br>317 Burgundy Street<br>Suite 11<br>New Orleans, LA 70112 | Architectural Design Services | | 7,785.00 |
| TimePayment<br>16 N.E. Executive Park<br>Suite 200<br>Burlington, MA 01803 | TimePayment<br>16 N.E. Executive Park<br>Suite 200<br>Burlington, MA 01803 | Health Care Related Services /Equipment | | 42,975.00 |
| Xerox Corporation<br>1615 Poydras Street<br>New Orleans, LA 70112 | Xerox Corporation<br>1615 Poydras Street<br>New Orleans, LA 70112 | Supplies | | 10,000.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## CERTIFICATION CONCERNING LIST OF
## CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "**debtor**") hereby certifies under penalty of perjury that the *List of Creditors Holding the Twenty (20) Largest Unsecured Claims* (the "**Top 20 List**"), submitted herewith, is complete, and to the best of the debtor's knowledge, correct and consistent with debtor's books and/or records.

The information contained herein is based upon a review of the debtor's books and/or records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Top 20 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgment of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2015.

Signature: _____
By: Millard West
Title: Managing Member

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest |
|---|---|---|
| Millard West | 5169 Galaxy Boulevard<br>Darrow, LA 70725 | 33 1/3 % |
| Steven Irvin | 1202 Eva Street<br>Gonzales, LA 70737 | 33 1/3 % |
| Sybil Miles | 41191 Citadel Drive<br>Sorrento, LA 70778 | 33 1/3 % |

[The remainder of this page is intentionally blank.]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "debtor") hereby certifies under penalty of perjury that the list submitted herewith, pursuant to rule 1007(a)(3) for filing in this Chapter 11 Case, containing the *List of Equity Security Holders* of the debtor for the common stock only, is complete and to the best of the debtor's knowledge correct and consistent with debtor's books and/or records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2015.

Signature: _____
By: Millard West
Title: Managing Member

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporation, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| None | |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Pelican Rehabilitation Hospital, LLC, the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Dated: February 9, 2015

Signature: _____
By: Millard West
Title: Managing Member

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Pelican Rehabilitation Hospital, LLC

Case No.:
Section:
Chapter: 11

Debtor(s)

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The above-captioned debtor and debtor-in-possession (the "debtor") hereby certifies under penalty of perjury that the *List of All Creditors*, submitted herewith, pursuant to Federal Rules of Bankruptcy Procedure 1007, formatted in portable document format, containing the list of creditors of the debtor, is complete, and to the best of the debtor's knowledge, correct and consistent with debtor's books and/or records.

The information contained herein is based upon a review of the debtor's books and/or records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgment of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2015.

Signature: _____
By: Millard West
Title: Managing Member

Acadian Ambulance
POB 98000
Lafayette, LA 70509-8000

Allied Resource Group
1515 Poydras Street
New Orleans, LA 70112

Capital One Bank
1680 Capital One Drive
Mc Lean, VA 22102

Chase Bank
201 N. Walnut Street
Wilmington, DE 19801

Chase Credit Card
POB 15123
Wilmington, DE 19850-5123

Gifted Nurses, LLC
2748 Metairie Lawn Drive
Metairie, LA 70002

Gulfcoast Pharmaceutical
1039 Louisiana 30
Gonzales, LA 70737

Help Care Services
1034 Daniels Street
Baker, LA 70714

Hermes Health Alliance
74421 Military Road
Covington, LA 70435-6179

Hosea Ned
2709 Debouchel Blvd
Meraux, LA 70075

Medline
One Medline Place
Mundelein, IL 60060

Millard West
5169 Galaxy Boulevard
Darrow, LA 70725


Parallon
6640 Carothers Parkway
Franklin, TN 37067


Perez, APC
317 Burgundy Street
Suite 11
New Orleans, LA 70112


Steven Irvin
1202 Eva Street
Gonzales, LA 70737


Sybil Miles
41191 Citadel Drive
Sorrento, LA 70778


TimePayment
16 N.E. Executive Park
Suite 200
Burlington, MA 01803


Xerox Corporation
1615 Poydras Street
New Orleans, LA 70112